**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Amir Mikhchi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR MIKHCHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZARA USA, INC; and DOES 1-20, Inclusive.<br><br>Defendant(s). | Case No.: 2:23-cv-10448-JAK-RAO<br><br>**NOTICE OF SETTLEMENT** |

///
///
///
///
///

- 1 -
NOTICE OF SETTLEMENT

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff Amir Mikhchi ("Plaintiff") and Defendant Zara USA, Inc. ("Defendant") (jointly as the "Parties") have agreed to settle Plaintiff's individual claims in the above-captioned action.

    Plaintiff anticipates that the Parties will finalize a written settlement agreement and a stipulation for dismissal of this action with prejudice as to Plaintiff's individual claims, and without prejudice to the putative class, will be forthcoming within sixty (60) days from the date of this Notice.

    In light of the Parties' settlement, Plaintiff respectfully requests that the Court vacate any upcoming hearings or related deadlines in this matter, and otherwise continue to retain jurisdiction over this matter until a dismissal is entered by the Court.

Dated: October 3, 2024            Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**

                                        By: ___/s/ Gustavo Ponce_____
                                              ABBAS KAZEROUNIAN, ESQ.
                                              DAVID J. MCGLOTHLIN., ESQ.
                                              MONA AMINI, ESQ.
                                              GUSTAVO PONCE, ESQ.
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, 245 Fischer Avenue, Suite D1, Costa Mesa, CA 92626. On October 3, 2024, I served the herein described document(s):

**NOTICE OF SETTLEMENT**

☒  CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 3, 2024, at Las Vegas, Nevada.

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.