**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIR MIKHCHI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZARA USA, INC., et al.,<br><br>　　　　Defendants. | No. 2:23-cv-10448-JAK (RAOx)<br><br>**ORDER RE STIPULATION TO DISMISS CASE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS (DKT. 45)**<br><br>**JS6: CASE TERMINATED** |

1

1  Based on a review of the Stipulation to Dismiss Case Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with Prejudice as to Plaintiff's Individual Claims and Without Prejudice as to the Putative Class (the "Stipulation" (Dkt. 45)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1. This action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class; and
2. The parties shall bear their own respective fees and costs.

All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: December 17, 2024

_____
John A. Kronstadt
United States District Judge